1  RICHARD C. SINCLAIR, SBN 068238
   Attorney at Law
2  P. O. Box 1628
   Oakdale, CA 95361
3  Telephone: (209) 847-8788
   Facsimile: (209)847-7077
4
   Attorney for ARDEN VAN UPP
5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  IN RE:                      )   CASE NUMBER: 3:10-cv-1699-SI
                                )
12       ARDEN VAN UPP           )   SUBSTITUTION OF ATTORNEY
                                )
13                              )
                                )
14  _____)

15

16       Plaintiff ARDEN VAN UPP, hereby substitutes RICHARD C. SINCLAIR, ESQ., Post

17  Office Box 1628, Oakdale, California 95361; Telephone Number (209) 847-8788, as attorney of

18  record.

19

20  I consent to this substitution.

21  Dated: May 13, 2010              ____/s/ ARDEN VAN UPP_____

22                                   ARDEN VAN UPP

23

24  I accept this substitution.

25  Dated: May 13, 2010              _____/s/ RICHARD C. SINCLAIR_____

26                                   RICHARD C. SINCLAIR, ESQ.

27

28  **SUBSTITUTION OF ATTORNEY**                                      Page 1 of  2

1
2  IT IS SO ORDERED.
3
4
5  Dated: _____      _____
6                                    U.S. DISTRICT COURT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28 **SUBSTITUTION OF ATTORNEY**                                Page 2 of  2